IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENTERTAINMENT ONE UK LTD., <br><br>       Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br>       Defendants. | Case No.: 18-cv-00737 <br><br><br> FILED UNDER SEAL |

## SCHEDULE A

| No. | Defendants |
|---|---|
| 1 | 1_78198 |
| 2 | 925yww Store |
| 3 | A A A A A party Store |
| 4 | A Party Store |
| 5 | ACGN Station |
| 6 | Affordable Store |
| 7 | AiASHOP's booth |
| 8 | A-invitation Store |
| 9 | aliyyubi's booth |
| 10 | Anime Kingdoms Store |
| 11 | Awesome Store |
| 12 | Beautiful Clothes Store |
| 13 | Boom Specialty Store |
| 14 | Bui_Van_Ngoc's booth |
| 15 | buyer671399's booth |
| 16 | BYBEBE Store |
| 17 | Cartoon Factory Trade |
| 18 | chatdocstore |
| 19 | cipkid Store |
| 20 | Citra Shop |

| | |
|---|---|
| 21 | convivial FestiveParty Store |
| 22 | Cosplay store |
| 23 | cosplaycostumediy |
| 24 | CosplayDreamland Store |
| 25 | Dance with a Mask! |
| 26 | diyplush |
| 27 | dnrchan |
| 28 | Dongguan City Xinzhong Electronic Commerce Co., Limited |
| 29 | Dongguan Gaozhu E-Commerce Co., Ltd. |
| 30 | Dongguan Qiao An Toys Co., Ltd |
| 31 | Dvkstore2017 |
| 32 | everything-hollywood |
| 33 | FabricDigitalPrinter |
| 34 | Factory Discount bulk Store |
| 35 | feiyang |
| 36 | fly2-the-moon-mascots |
| 37 | Foil balloon professional |
| 38 | Foshan Jingzhou Toys Co., Ltd. |
| 39 | FuFan Room Decor Store |
| 40 | FUZHOU JINAN DISTRICT FEIYUE ELECTRONIC CO.LTD |
| 41 | Gaoyao City Jindu Town Jia Feng Craft Gifts Factory |
| 42 | Gesikai Store |
| 43 | Goodsbigsale |
| 44 | Guangzhou Big Hippo Amusement Co., Ltd. |
| 45 | Guangzhou Happy Island Toys Co., Ltd. |
| 46 | Guangzhou Kairong Industrial Co., Ltd. |
| 47 | Guangzhou YuanHaoPengPeng Gift Co., Ltd |
| 48 | haili777 |
| 49 | Himalaya |
| 50 | hunnyblessing |
| 51 | huyphushop's booth |
| 52 | Ian zhu Store |
| 53 | iBalon party Store |
| 54 | idearspace Store |
| 55 | itoy Store |
| 56 | Itsameal |
| 57 | Jarvis Store |
| 58 | Jiayi Party & Festival Costume Huangshi Co., Ltd. |
| 59 | Johnhenry1202 |
| 60 | julycraft2010 |
| 61 | Kigoumi Store |

| | |
|---|---|
| 62 | kisso2o |
| 63 | KK 1018 store |
| 64 | KK party Store |
| 65 | LBX store Store |
| 66 | LDTEXMY Party balloons Store |
| 67 | Letter balloon store |
| 68 | lifestyle |
| 69 | Love Baby's booth |
| 70 | loztoy's booth |
| 71 | maxhooli2013 |
| 72 | Michmath |
| 73 | Mimi share shop |
| 74 | Ming Quan import and export company Store |
| 75 | Mommy For Baby Store |
| 76 | My Childhood Store |
| 77 | Nanjing Palapala Trade Co., Ltd. |
| 78 | Nathalya's booth |
| 79 | Nice2 Toy Store |
| 80 | ONTE(Ledundudu) Store |
| 81 | OREZ2 Store |
| 82 | OvalFace365 Store |
| 83 | Paperycut |
| 84 | PAPYBAL Party Suplies Store |
| 85 | Party Balloons NO1 |
| 86 | Party Balloons Store |
| 87 | Party Gueen Store |
| 88 | pompom store |
| 89 | Q lamp Store |
| 90 | qidian Store |
| 91 | Quality Store Store |
| 92 | Quanzhou Walson Imp&Exp Co., Ltd. |
| 93 | RAISEVERN Child Store |
| 94 | REDUDIANZI Store |
| 95 | Reians Balloons Base Store |
| 96 | renehuri |
| 97 | Rikuzo Tech Store |
| 98 | roningrat's booth |
| 99 | royhappy's booth |
| 100 | Sen's mascot |
| 101 | sexy baby(Your) Store |
| 102 | Shanghai Gravim Industrial Co., Ltd. |

| | |
|---|---|
| 103 | Shaoxing Xiangying Textile Co., Ltd. |
| 104 | Shenzhen Dotely Technology Co., Ltd. |
| 105 | Shenzhen Jutuo Supply Chain Co., Ltd. |
| 106 | Shenzhen Starfly Technology Co., Ltd. |
| 107 | Shenzhen YiHui International Trade |
| 108 | Shijiazhuang Cool Apparel Co., Ltd. |
| 109 | Shijiazhuang Timmy Trading Co., Ltd. |
| 110 | shineestarfashion's booth |
| 111 | Shop1985662 Store |
| 112 | Shop3216140 Store |
| 113 | Shop3245036 Store |
| 114 | Shop3253090 Store |
| 115 | SmartToy Store |
| 116 | Son of Elbert Shop |
| 117 | SpecialABCparty Store |
| 118 | special-gift |
| 119 | superbaby Store |
| 120 | Sweety Party Store |
| 121 | Sweety Store |
| 122 | TEAEGG Store |
| 123 | TIAN EN chidren Store |
| 124 | toetstore |
| 125 | tommytoy |
| 126 | tongyue2016 Store |
| 127 | Tyrone Store |
| 128 | Usdream |
| 129 | Useek Toy Store |
| 130 | WayClothing's booth |
| 131 | wedding & party Store |
| 132 | White Magical Toy Store Store |
| 133 | wristbandstore |
| 134 | wsda toy Store |
| 135 | Wujiang Rainbow Textile Manufacturing Co., Limited. |
| 136 | Xiamen Toofine Trading Co., Ltd. |
| 137 | XiaoXiaBabyShoes Store |
| 138 | xinqingxinyu789 |
| 139 | Y toy house Store |
| 140 | Yangzhou Merry Plush Toys Co., Ltd. |
| 141 | Yiwu Isabella Arts & Crafts Co., Ltd. |
| 142 | Yiwu Isabella Arts & Crafts Factory |
| 143 | Yiwu Kazan e-commerce firm |

| | |
|---|---|
| 144 | Yiwu Miqi Trading Co., Ltd. |
| 145 | Yiwu Partygo Toys Co., Ltd. |
| 146 | Yiwu Valens Crafts Factory |
| 147 | Yiwu Xindian Crafts Co., Ltd. |
| 148 | Yiwu Yecheng Trade Limited Company |
| 149 | YSHanMUM Store |
| 150 | YYSSGO Store |
| 151 | zhanglg1949 |
| 152 | beatable |
| 153 | Best_value_for_money |
| 154 | CheapBuy |
| 155 | Costumes4less.com® |
| 156 | Deals Only |
| 157 | dongguanshizhentaiwangluokejiyouxiangongsi |
| 158 | Fashion567go |
| 159 | Fun.com |
| 160 | henantianhaiyalirongqishebei |
| 161 | Kids Whs LLC |
| 162 | leijiqiongsi |
| 163 | lijin0209 |
| 164 | liusijing123 |
| 165 | liusijing123 |
| 166 | liuyuxuan4667 |
| 167 | love family love home |
| 168 | miracle's shop |
| 169 | mitangbaobao |
| 170 | OptimumFulfillment |
| 171 | qingdaozhengtiankaiwuchan |
| 172 | Quarto Store |
| 173 | Rover Mall |
| 174 | Sailing Baby Co Ltd |
| 175 | startyoushop |
| 176 | The Primrose Lane |
| 177 | The seeds of may |
| 178 | Tlqhuae |
| 179 | wanghong139 |
| 180 | wangzimayiqidaxiang |
| 181 | Wish - Official Store - Designer Brands |
| 182 | wujiaming |
| 183 | yanhongshiping |
| 184 | YIQI Trading Co., Ltd. |

| | |
|---|---|
| 185 | zengxiaoyu |
| 186 | AAAADINGDD |
| 187 | AThiTOZone |
| 188 | BB Internet Limited |
| 189 | BeaFire Outdoor |
| 190 | Brisky Clound |
| 191 | Climber-HK |
| 192 | fakye fu zhuang fu shi |
| 193 | GanYu |
| 194 | Imagine Toys |
| 195 | KINGSUN2015 |
| 196 | KINOMOTO |
| 197 | langton_distribution |
| 198 | Leegor |
| 199 | MVJEDW |
| 200 | Nece eco |
| 201 | only baby |
| 202 | Owone Box |
| 203 | RAMUSA |
| 204 | RDINFGUMG |
| 205 | RHO Products |
| 206 | Rinuu |
| 207 | Seaton Trading Co Ltd |
| 208 | syutguihgfd |
| 209 | Utopia Lee |
| 210 | XUJIE |

| No. | **Defendant's Online Marketplaces** |
|---|---|
| 1 | http://www.ebay.com/usr/1_78198 |
| 2 | https://de.aliexpress.com/store/3223045?spm=a2g0x.10010108.100005.1.4a6cc26cdkv33O |
| 3 | https://de.aliexpress.com/store/2165018/search?origin=n&SortType=bestmatch_sort&SearchText=pj%20masks |
| 4 | https://www.aliexpress.com/store/3281023 |
| 5 | https://www.aliexpress.com/store/2232033 |
| 6 | https://www.aliexpress.com/store/3150034?spm=2114.10010108.100005.1.6f04c675llOrqt |
| 7 | https://www.bonanza.com/booths/AiASHOP |
| 8 | https://www.aliexpress.com/store/135067/search?origin=y&SearchText=pj+masks |
| 9 | https://www.bonanza.com/booths/aliyyubi |
| 10 | https://www.aliexpress.com/store/3218149?spm=2114.10010108.100005.1.697a0fa8fcQdwM |

| | |
|---|---|
| 11 | https://de.aliexpress.com/store/2180125 |
| 12 | https://www.aliexpress.com/store/2970077?spm=2114.10010108.100005.1.1b4d1c1eYSqBcN |
| 13 | https://de.aliexpress.com/store/3221118 |
| 14 | https://www.bonanza.com/booths/Bui_Van_Ngoc |
| 15 | http://www.bonanza.com/booths/buyer671399 |
| 16 | https://www.aliexpress.com/store/3219003 |
| 17 | https://de.aliexpress.com/store/1095204 |
| 18 | http://www.ebay.com/usr/chatdocstore |
| 19 | https://www.aliexpress.com/store/1683227 |
| 20 | https://www.bukalapak.com/u/citrashop2 |
| 21 | https://de.aliexpress.com/store/3205087 |
| 22 | http://www.bonanza.com/booths/Ganen |
| 23 | http://cosplaycostumediy.ecrater.com |
| 24 | https://www.aliexpress.com/store/2949070 |
| 25 | https://dancingmasks.aliexpress.com/store/704037?spm=2114.10010108.100005.1.55d967959EyBcY |
| 26 | https://diyplush.ecrater.com/ |
| 27 | http://dnrchan.ecrater.com |
| 28 | https://greatchildren.en.alibaba.com/?spm=a2700.details.cordpanyb.3.7f15fed7i9nDdC |
| 29 | https://dggaozhu.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.3.55258871URRw1X |
| 30 | http://cartoonplushtoys.sell.ecer.com/ |
| 31 | https://www.dhgate.com/wholesale/store.do?act=sellerStore&searchkey=Pjmasks&suppliernum=20825454&pt=1 |
| 32 | http://everything-hollywood.ecrater.com |
| 33 | https://www.etsy.com/shop/FabricDigitalPrinter |
| 34 | http://www.aliexpress.com/store/2982024 |
| 35 | https://de.aliexpress.com/store/1593033 |
| 36 | http://fly2-the-moon-mascots.ecrater.com |
| 37 | https://www.aliexpress.com/store/1160888 |
| 38 | https://56toys.en.alibaba.com/?spm=a2700.details.cordpanyb.3.57574c7AwFOLg |
| 39 | https://de.aliexpress.com/store/811758 |
| 40 | https://fzvision.en.alibaba.com/product/60447139327-804329301/Popular_Boys_hero_Mask_Cosplay_Super_Hero_Cape_with_Mask_owlette_wristband_bracelet.html?spm=a2700.8304367.prewdfa4cf.2.6f4db64cA63zIJ |
| 41 | https://wristbandfamily.en.alibaba.com/?spm=a2700.details.cordpanyb.3.77f4f4d61sOF4S |
| 42 | https://www.aliexpress.com/store/1710904?spm=2114.10010108.100005.1.6b12cc4arnSGZ8 |
| 43 | https://www.dhgate.com/store/14770880 |
| 44 | https://gzbighippo.en.alibaba.com/company_profile.html |
| 45 | https://happytoy.en.alibaba.com/company_profile.html |

| | |
|---|---|
| 46 | https://kaven.en.alibaba.com/search/product?SearchText=%28Best+Gift%295pcs+PJ+Masks+Movie+Action+Figure%2C+PJ+Masks+PVC+Figure%2CWholesale+PJ+Masks+action+figure |
| 47 | https://yhpp.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.3.2a031255dJes57 |
| 48 | http://www.ioffer.com/selling/haili777 |
| 49 | https://www.dhgate.com/store/14770471#st-navigation-storehome |
| 50 | http://hunnyblessing.ecrater.com |
| 51 | https://www.bonanza.com/booths/huyphushop |
| 52 | https://de.aliexpress.com/store/2504009 |
| 53 | https://de.aliexpress.com/store/3137047?spm=a2g0x.10010108.0.0.10a9cae1jsWqs4 |
| 54 | https://de.aliexpress.com/store/921160 |
| 55 | https://www.aliexpress.com/store/2979007?spm=2114.10010108.100005.1.921e4f9tFTD9Z |
| 56 | http://www.aliexpress.com/store/2204006?spm=2114.10010108.100005.1.p7ECAI |
| 57 | https://de.aliexpress.com/store/2926041 |
| 58 | https://jiayi-cosplay.en.alibaba.com/ |
| 59 | https://www.bonanza.com/booths/Johnhenry1202?utf8=%E2%9C%93&item_sort_options[filter_string]=pj+masks&item_sort_options[filter_category_id]=&item_sort_options[custom_category_id]=&commit=Go |
| 60 | http://julycraft2010.ecrater.com |
| 61 | https://www.aliexpress.com/store/2815077 |
| 62 | http://www.ebay.com/usr/kisso2o |
| 63 | https://www.aliexpress.com/store/621578?spm=2114.10010108.100005.1.SzIEZu |
| 64 | https://www.aliexpress.com/store/2956064?spm=2114.10010108.100005.1.4cebecc4OkS5ZP |
| 65 | https://www.aliexpress.com/store/2798095?spm=2114.10010108.100005.1.5ff35294yeWH3f |
| 66 | https://www.aliexpress.com/store/611207?spm=2114.10010108.100005.1.26e9d7f4BNAzfp |
| 67 | https://www.aliexpress.com/store/1836203?spm=2114.10010108.100005.1.3abd6063o6tnqJ |
| 68 | https://www.aliexpress.com/store/411563?spm=2114.10010108.100005.1.320e1b55z7qYA4 |
| 69 | https://www.bonanza.com/booths/dieu_tu?utf8=%E2%9C%93&item_sort_options[filter_string]=pj+masks&item_sort_options[filter_category_id]=&item_sort_options[custom_category_id]=&commit=Go |
| 70 | http://www.bonanza.com/booths/loztoy |
| 71 | http://www.ebay.com/usr/maxhooli2013 |
| 72 | https://www.bukalapak.com/u/hendra_2003 |
| 73 | https://de.aliexpress.com/store/1881232 |
| 74 | http://www.aliexpress.com/store/2496035 |
| 75 | https://de.aliexpress.com/store/3248070?spm=a2g0x.10010108.100005.1.233ca7e36jmQ1z |
| 76 | https://www.aliexpress.com/store/3243036?spm=2114.10010108.100005.1.8d243N8FXFc |
| 77 | https://palapala.en.alibaba.com/ |
| 78 | http://www.bonanza.com/booths/Nathalyabond |

| | |
|---|---|
| 79 | https://www.aliexpress.com/store/3255026 |
| 80 | https://www.aliexpress.com/store/314769 |
| 81 | https://de.aliexpress.com/store/3215086 |
| 82 | https://de.aliexpress.com/store/3216002 |
| 83 | https://www.tokopedia.com/paperycut |
| 84 | https://de.aliexpress.com/store/3004076?spm=a2g0x.10010108.0.0.12b0e058E6lzRg |
| 85 | https://www.aliexpress.com/store/2227160?spm=2114.10010108.100005.1.58602913qPKIHT |
| 86 | https://www.aliexpress.com/store/2940003 |
| 87 | https://www.aliexpress.com/store/3106053 |
| 88 | https://www.aliexpress.com/store/1905415 |
| 89 | https://www.aliexpress.com/store/3249095?spm=2114.10010108.100005.1.196aa919h0FjBi |
| 90 | https://www.aliexpress.com/store/3194080?spm=2114.10010108.0.0.11fe5d9ar75rrX |
| 91 | https://www.aliexpress.com/store/3217142 |
| 92 | https://hkzhengtian.en.alibaba.com/ |
| 93 | https://www.aliexpress.com/store/3089024 |
| 94 | https://www.aliexpress.com/store/3181034?spm=2114.10010108.100005.1.7263e74fisI9Ps |
| 95 | https://www.aliexpress.com/store/3210147?spm=2114.10010108.100005.1.37c24f0fZnJgNO |
| 96 | http://www.ioffer.com/selling/renehuri |
| 97 | https://de.aliexpress.com/store/3111011 |
| 98 | https://www.bonanza.com/booths/roningrat |
| 99 | https://www.bonanza.com/booths/royhappy |
| 100 | https://www.aliexpress.com/store/1895138?spm=2114.10010108.100005.1.a5930abrIpdX9 |
| 101 | https://www.aliexpress.com/store/2764001 |
| 102 | https://gravim.en.alibaba.com/ |
| 103 | https://xiangyingtextile.en.alibaba.com/company_profile.html |
| 104 | http://dotely.en.made-in-china.com/product/keywordSearch?searchKeyword=Pj+masks&viewType=1 |
| 105 | https://szjutuo.en.alibaba.com/ |
| 106 | https://szstarfly.en.alibaba.com/company_profile.html |
| 107 | https://de.aliexpress.com/store/1393960 |
| 108 | https://coolapparel.en.alibaba.com/ |
| 109 | https://sjztm.en.alibaba.com/company_profile.html |
| 110 | https://www.bonanza.com/booths/shineestarfashion |
| 111 | https://www.aliexpress.com/store/1985662 |
| 112 | https://www.aliexpress.com/store/3216140 |
| 113 | https://de.aliexpress.com/store/3245036 |
| 114 | https://de.aliexpress.com/store/3253090 |
| 115 | https://www.aliexpress.com/store/3018078 |
| 116 | https://www.tokopedia.com/putraelbertshop |

| | |
|---|---|
| 117 | https://de.aliexpress.com/store/2345048 |
| 118 | http://special-gift.ecrater.com |
| 119 | https://de.aliexpress.com/store/3003034 |
| 120 | https://de.aliexpress.com/store/3106038 |
| 121 | https://www.aliexpress.com/store/3087094 |
| 122 | https://de.aliexpress.com/store/3244097 |
| 123 | https://de.aliexpress.com/store/3242075 |
| 124 | http://www.bonanza.com/booths/toetstore |
| 125 | http://tommytoy.ecrater.com |
| 126 | https://www.aliexpress.com/store/2664174?spm=2114.10010108.100005.1.7cc79692HyKdi0 |
| 127 | https://tyrone119.aliexpress.com/store/3241057 |
| 128 | https://www.dhgate.com/store/19887939 |
| 129 | https://www.aliexpress.com/store/2678065?spm=2114.10010108.0.0.3174e17fOpbFnV |
| 130 | https://www.bonanza.com/booths/WayClothing |
| 131 | https://www.aliexpress.com/store/3222100?spm=2114.10010108.100005.1.23020c33iHzw5r |
| 132 | https://www.aliexpress.com/store/3194061 |
| 133 | https://www.aliexpress.com/store/1711916 |
| 134 | https://www.aliexpress.com/store/3246092?spm=2114.10010108.0.0.41c358efsAH6fh |
| 135 | https://jsrainbow.en.alibaba.com/ |
| 136 | http://toofine.en.alibaba.com/company_profile.html#top-nav-bar |
| 137 | https://xiaoxiaobabyshoes.de.aliexpress.com/store/all-wholesale-products/1427503.html?spm=a2g0x.12010608.0.0.1a3b04b2TF5A0B |
| 138 | http://www.ioffer.com/selling/xinqingxinyu789 |
| 139 | https://www.aliexpress.com/store/3195076 |
| 140 | https://meridatoy.en.alibaba.com/company_profile.html |
| 141 | https://isabellagift.en.alibaba.com/?spm=a2700.details.cordpanyb.3.4a294c065tpMJo |
| 142 | https://isabellagift.en.alibaba.com/company_profile.html |
| 143 | https://kazanballoon.1688.com/page/creditdetail.htm |
| 144 | https://yiwuballoons.en.alibaba.com/company_profile.html |
| 145 | https://partygo.en.alibaba.com/ |
| 146 | https://valensindustry.en.alibaba.com/company_profile.html?spm=a2700.7724838.2017115.13.440f24f0DgJRRp#top-nav-bar |
| 147 | https://yiwuxindian.1688.com/page/feedback.htm?spm=a261y.7663282.0.0.19b1bb93yhGEB1 |
| 148 | https://curious-box.en.alibaba.com/ |
| 149 | https://www.aliexpress.com/store/3173030?spm=2114.10010108.100005.1.3a935274EN4Y38 |
| 150 | https://www.aliexpress.com/store/3055060 |
| 151 | https://www.dhgate.com/store/20809848 |

| 152 | https://www.wish.com/merchant/5854f0e1810891037db16969 |
|---|---|
| 153 | https://www.wish.com/merchant/599686f250df616efe540496 |
| 154 | https://www.wish.com/merchant/55c06e36ea526c7156bc9fea |
| 155 | https://www.wish.com/merchant/552458ddfd806f1bec5ef720 |
| 156 | https://www.wish.com/merchant/5910b84dc8790d338623dfef |
| 157 | https://www.wish.com/merchant/556f2e086faa881d1461037f |
| 158 | https://www.wish.com/merchant/58c265c86f009c1e61c648f8 |
| 159 | https://www.wish.com/merchant/592dcfb8260b8f06dfed7ff2 |
| 160 | https://www.wish.com/merchant/56d7999494788e168b1f0d99 |
| 161 | https://www.wish.com/merchant/59ef99270a332a070dab1d34 |
| 162 | https://www.wish.com/merchant/58f0aba96fbd1d71437abdca |
| 163 | https://www.wish.com/merchant/5928dd4a2a17514355a6ecd2 |
| 164 | https://www.wish.com/merchant/5780e81a16b28951cdaabdfc |
| 165 | https://www.wish.com/merchant/5780e81a16b28951cdaabdfc |
| 166 | https://mama.wish.com/merchant/592f6c9574f4a426eb3a3ba2 |
| 167 | https://www.wish.com/merchant/55a9b519e19b93406624353d |
| 168 | https://www.wish.com/merchant/58062a7248238b5298050ecf |
| 169 | https://mama.wish.com/merchant/58df6d107f36b352d43e5936 |
| 170 | https://www.wish.com/merchant/59a4b9030415f83c63b61054 |
| 171 | https://www.wish.com/merchant/56d009edaf177215f1843403 |
| 172 | https://www.wish.com/merchant/58be835adde13b639562a55b |
| 173 | https://www.wish.com/merchant/588fcb5d018f7e506d865a45 |
| 174 | https://mama.wish.com/merchant/5548773d898e390f8ef5fbb2 |
| 175 | https://mama.wish.com/merchant/59ff60bddd032918ed1d750d |
| 176 | https://www.wish.com/merchant/58d0556bacb37b6bbd5ceee2 |
| 177 | https://www.wish.com/merchant/56d68f49eaa7114fb08f6dcb |
| 178 | https://mama.wish.com/merchant/591056704d43576347e8b438 |
| 179 | https://www.wish.com/merchant/58cd32c89d3bbc54d1fda12c |
| 180 | https://www.wish.com/merchant/58c79ab876a43650407f58d7 |
| 181 | https://www.wish.com/merchant/56c3a0ce8bd26e0928022355 |
| 182 | https://www.wish.com/merchant/5985947dec40ae2ccc40d131 |
| 183 | https://www.wish.com/merchant/58905cca4e83974d520e36f0 |
| 184 | https://www.wish.com/merchant/58cf955d1ba148511d81f099 |
| 185 | https://www.wish.com/merchant/58b29e965a59d350f0c4a6ae |
| 186 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01LBB53YO&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A109M577983TKO&tab=&vasStoreID= |
| 187 | https://www.amazon.com/sp?_encoding=UTF8&asin=B074DZKSJK&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A320GMYJ8QBRKL&tab=&vasStoreID= |

| | |
|---|---|
| 188 | https://www.amazon.com/sp?_encoding=UTF8&asin=B077PKDCYB&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1KT03Y7P5B4XU&tab=&vasStoreID= |
| 189 | https://www.amazon.com/sp?_encoding=UTF8&asin=B077PVK46D&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2QGSGZUI4Q7DW&tab=&vasStoreID= |
| 190 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01M241PVS&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A231XF9FLIG3LS&tab=&vasStoreID= |
| 191 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01HVA4DPE&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1ZJ3CN6P7QQCK&tab=&vasStoreID= |
| 192 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01LZFBTJ4&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2VT6PU5PGBC37&tab=&vasStoreID= |
| 193 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01MQMBY39&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1EIAL74EAQR29&tab=&vasStoreID= |
| 194 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01M0MZ8LX&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2U8F1F13X6I1V&tab=&vasStoreID= |
| 195 | https://www.amazon.com/sp?_encoding=UTF8&asin=B0779ZTFMD&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A3GBWMHFIKWRI8&tab=&vasStoreID= |
| 196 | https://www.amazon.com/sp?_encoding=UTF8&asin=B074ZJMXQF&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A22BQ0174I20B8&tab=&vasStoreID= |
| 197 | https://www.amazon.com/sp?_encoding=UTF8&asin=B0743KC8RG&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A28ACMVQIZOEMD&tab=&vasStoreID= |
| 198 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01HVA4DPE&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A3821FUOP37L3L&tab=&vasStoreID= |
| 199 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01MQMBY39&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A29PWR9TY4BIYE&tab=&vasStoreID= |
| 200 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01HVA4DPE&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=AR2H29TON94HM&tab=&vasStoreID= |
| 201 | https://www.amazon.com/sp?_encoding=UTF8&asin=B071K1DGMN&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1TZJ0XVY1NJLR&tab=&vasStoreID= |

| | |
|---|---|
| 202 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01EA7J63U&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2FVKDTB5H56EB&tab=&vasStoreID= |
| 203 | https://www.amazon.com/sp?_encoding=UTF8&asin=B074TR5Y73&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A3TDCV2Z80OSA&tab=&vasStoreID= |
| 204 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01JGBB4QW&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2LFZ48WXW2YN6&tab=&vasStoreID= |
| 205 | https://www.amazon.com/sp?_encoding=UTF8&asin=B06XHF9161&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2D3NO2C36UGLU&tab=&vasStoreID= |
| 206 | https://www.amazon.com/sp?_encoding=UTF8&asin=B071DYKNTT&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2CQULG3DLLFK4&tab=&vasStoreID= |
| 207 | https://www.amazon.com/sp?_encoding=UTF8&asin=B073WC1FCQ&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2X4FV4BBHQDV8&tab=&vasStoreID= |
| 208 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01MSRA8KD&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=AJ67NZWXJE4ZF&tab=&vasStoreID= |
| 209 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01EA7J63U&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2FVKDTB5H56EB&tab=&vasStoreID= |
| 210 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01MCZTLGV&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A3CCM829OWVFL2&tab=&vasStoreID= |