IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ENTERTAINMENT ONE UK LTD.,
    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 18-cv-00737
Judge: John J. Tharp, Jr.

FILED UNDER SEAL

**AMENDED SCHEDULE A**

| No. | Defendants |
|---|---|
| 1 | 1_78198 |
| 2 | 925yww Store |
| 3 | A A A A A party Store |
| 4 | A Party Store |
| 5 | A-invitation Store |
| 6 | Affordable Store |
| 7 | AiASHOP's booth |
| 8 | Awesome Store |
| 9 | backpack-vany |
| 10 | Beautiful Clothes Store |
| 11 | Boom Specialty Store |
| 12 | buyer671399's booth |
| 13 | BYBEBE Store |
| 14 | Cartoon Factory Trade |
| 15 | chatdocstore |
| 16 | cipkid Store |
| 17 | Cosplay store |
| 18 | cosplaycostumediy |
| 19 | CosplayDreamland Store |
| 20 | Dance with a Mask! |
| 21 | diyplush |
| 22 | dnrchan |
| 23 | Dongguan Qiao An Toys Co., Ltd |

| | |
|---|---|
| 24 | Dvkstore2017 |
| 25 | everything-hollywood |
| 26 | FabricDigitalPrinter |
| 27 | Factory Discount bulk Store |
| 28 | feiyang |
| 29 | fly2-the-moon-mascots |
| 30 | FUZHOU JINAN DISTRICT FEIYUE ELECTRONIC CO.LTD |
| 31 | Gaoyao City Jindu Town Jia Feng Craft Gifts Factory |
| 32 | Gesikai Store |
| 33 | Goodsbigsale |
| 34 | Guangzhou Big Hippo Amusement Co., Ltd. |
| 35 | Guangzhou Happy Island Toys Co., Ltd. |
| 36 | Guangzhou Kairong Industrial Co., Ltd. |
| 37 | Guangzhou YuanHaoPengPeng Gift Co., Ltd |
| 38 | haili777 |
| 39 | Himalaya |
| 40 | hunnyblessing |
| 41 | huyphushop's booth |
| 42 | Ian zhu Store |
| 43 | iBalon party Store |
| 44 | idearspace Store |
| 45 | itoy Store |
| 46 | Jiayi Party & Festival Costume Huangshi Co., Ltd. |
| 47 | Johnhenry1202 |
| 48 | julycraft2010 |
| 49 | Kigoumi Store |
| 50 | kisso2o |
| 51 | KK 1018 store |
| 52 | KK party Store |
| 53 | Lagoric Hobby Toys |
| 54 | LBX store Store |
| 55 | LDTEXMY Party balloons Store |
| 56 | Letter balloon store |
| 57 | lifestyle |
| 58 | loztoy's booth |
| 59 | maxhooli2013 |
| 60 | Michmath |
| 61 | Mimi share shop |
| 62 | Ming Quan import and export company Store |
| 63 | Mommy For Baby Store |
| 64 | My Childhood Store |

| | |
|---|---|
| 65 | Nanjing Palapala Trade Co., Ltd. |
| 66 | Nathalya's booth |
| 67 | natupretty Store |
| 68 | ONTE(Ledundudu) Store |
| 69 | OREZ2 Store |
| 70 | OvalFace365 Store |
| 71 | Paperycut |
| 72 | PAPYBAL Party Suplies Store |
| 73 | Party Balloons NO1 |
| 74 | Party Balloons Store |
| 75 | Party Gueen Store |
| 76 | Quanzhou Walson Imp&Exp Co., Ltd. |
| 77 | renehuri |
| 78 | Rikuzo Tech Store |
| 79 | roningrat's booth |
| 80 | royhappy's booth |
| 81 | RUBYSTORE |
| 82 | Shanghai Gravim Industrial Co., Ltd. |
| 83 | Shaoxing Xiangying Textile Co., Ltd. |
| 84 | Shenzhen Dotely Technology Co., Ltd. |
| 85 | Shenzhen Jutuo Supply Chain Co., Ltd. |
| 86 | Shenzhen Starfly Technology Co., Ltd. |
| 87 | Shenzhen Ursmart Technology Co., Limited |
| 88 | Shenzhen YiHui International Trade |
| 89 | Shijiazhuang Cool Apparel Co., Ltd. |
| 90 | Shijiazhuang Timmy Trading Co., Ltd. |
| 91 | Shijiazhuang Xiameng Children Clothing Co. Ltd |
| 92 | shineestarfashion's booth |
| 93 | Shop1985662 Store |
| 94 | Shop3216140 Store |
| 95 | Shop3245036 Store |
| 96 | Shop3253090 Store |
| 97 | SKY RC HOBBY WORLD |
| 98 | SmartToy Store |
| 99 | Son of Elbert Shop |
| 100 | special-gift |
| 101 | SpecialABCparty Store |
| 102 | superbaby Store |
| 103 | Sweety Party Store |
| 104 | Sweety Store |
| 105 | TEAEGG Store |

| | |
|---|---|
| 106 | TIAN EN chidren Store |
| 107 | Usdream |
| 108 | WayClothing's booth |
| 109 | wedding & party Store |
| 110 | White Magical Toy Store Store |
| 111 | wristbandstore |
| 112 | wsda toy Store |
| 113 | Wujiang Rainbow Textile Manufacturing Co., Limited. |
| 114 | Xiamen Toofine Trading Co., Ltd. |
| 115 | XiaoXiaBabyShoes Store |
| 116 | xinqingxinyu789 |
| 117 | Y toy house Store |
| 118 | Yangzhou Merry Plush Toys Co., Ltd. |
| 119 | Yiwu Isabella Arts & Crafts Co., Ltd. |
| 120 | Yiwu Isabella Arts & Crafts Factory |
| 121 | Yiwu Kazan e-commerce firm |
| 122 | Yiwu Miqi Trading Co., Ltd. |
| 123 | Yiwu Partygo Toys Co., Ltd. |
| 124 | Yiwu PoeticExst Arts & Crafts Co., Ltd. |
| 125 | Yiwu Valens Crafts Factory |
| 126 | Yiwu Xindian Crafts Co., Ltd. |
| 127 | Yiwu Yecheng Trade Limited Company |
| 128 | YSHanMUM Store |
| 129 | YYSSGO Store |
| 130 | zhanglg1949 |
| 131 | zzp.128 |
| 132 | AAAADINGDD |
| 133 | America. |
| 134 | AThiTOZone |
| 135 | BearFire Outdoor |
| 136 | Best Trend |
| 137 | Brisky Clound |
| 138 | BuySend US |
| 139 | fakye fu zhuang fu shi |
| 140 | GanYu |
| 141 | Great Success |
| 142 | KINGSUN2015 |
| 143 | KINOMOTO |
| 144 | langton_distribution |
| 145 | LuvToBuy Ltd |
| 146 | missymooballoons |

| # | Name |
|---|---|
| 147 | Muscara US Store |
| 148 | MVJEDW |
| 149 | only baby |
| 150 | Owone Box |
| 151 | Phonograph |
| 152 | Pixie Paper |
| 153 | PLENTY OF THAT |
| 154 | PonToys |
| 155 | RDINFGUMG |
| 156 | RHO Products |
| 157 | Rinuu |
| 158 | Seaton Trading Co Ltd |
| 159 | ShopSmallBusiness |
| 160 | syutguihgfd |
| 161 | Tons Of Fun Balloons ltd |
| 162 | UtopiaLee |
| 163 | WeNet |
| 164 | XUJIE |
| 165 | beatable |
| 166 | CheapBuy |
| 167 | Deals Only |
| 168 | dongguanshizhentaiwangluokejiyouxiangongsi |
| 169 | Fashion567go |
| 170 | HappyShip |
| 171 | henantianhaiyalirongqishebei |
| 172 | leijiqiongsi |
| 173 | lijin0209 |
| 174 | love family love home |
| 175 | miracle's shop |
| 176 | mitangbaobao |
| 177 | qingdaozhengtiankaiwuchan |
| 178 | Quarto Store |
| 179 | Sailing Baby Co Ltd |
| 180 | Seven Times Six |
| 181 | ShoeOcean |
| 182 | song's |
| 183 | The seeds of may |
| 184 | Tlqhuae |
| 185 | Toynk Toys |
| 186 | wanghong139 |
| 187 | Yang Fei mall |

| 188 | yanhongshiping |
|---|---|
| 189 | YIQI Trading Co., Ltd. |
| 190 | yuanxiaoqing |
| 191 | zengxiaoyu |

| No | Defedant's Online Marketplace |
|---|---|
| 1 | http://www.ebay.com/usr/1_78198 |
| 2 | https://de.aliexpress.com/store/3223045?spm=a2g0x.10010108.100005.1.4a6cc26cdkv33O |
| 3 | https://de.aliexpress.com/store/2165018/search?origin=n&SortType=bestmatch_sort&SearchText=pj%20masks |
| 4 | https://www.aliexpress.com/store/3281023 |
| 5 | https://www.aliexpress.com/store/135067/search?origin=y&SearchText=pj+masks |
| 6 | https://www.aliexpress.com/store/3150034?spm=2114.10010108.100005.1.6f04c675llOrqt |
| 7 | https://www.bonanza.com/booths/AiASHOP |
| 8 | https://de.aliexpress.com/store/2180125 |
| 9 | https://backpack-vany.ecrater.com/ |
| 10 | https://www.aliexpress.com/store/2970077?spm=2114.10010108.100005.1.1b4d1c1eYSqBcN |
| 11 | https://de.aliexpress.com/store/3221118 |
| 12 | http://www.bonanza.com/booths/buyer671399 |
| 13 | https://www.aliexpress.com/store/3219003 |
| 14 | https://de.aliexpress.com/store/1095204 |
| 15 | https://www.bonanza.com/booths/chatdocstore |
| 16 | https://de.aliexpress.com/store/1683227 |
| 17 | http://www.bonanza.com/booths/Ganen |
| 18 | http://cosplaycostumediy.ecrater.com |
| 19 | https://www.aliexpress.com/store/2949070 |
| 20 | https://dancingmasks.aliexpress.com/store/704037?spm=2114.10010108.100005.1.55d967959EyBcY |
| 21 | https://diyplush.ecrater.com/ |
| 22 | http://dnrchan.ecrater.com |
| 23 | http://cartoonplushtoys.sell.ecer.com/ |
| 24 | https://www.dhgate.com/wholesale/store.do?act=sellerStore&searchkey=Pjmasks&suppliernum=20825454&pt=1 |
| 25 | http://everything-hollywood.ecrater.com |
| 26 | https://www.etsy.com/shop/FabricDigitalPrinter |
| 27 | http://www.aliexpress.com/store/2982024 |
| 28 | https://de.aliexpress.com/store/1593033 |
| 29 | http://fly2-the-moon-mascots.ecrater.com |
| 30 | https://fzvision.en.alibaba.com/product/60447139327-804329301/Popular_Boys_hero_Mask_Cosplay_Super_Hero_Cape_with_Mask_owlette_wristband_bracelet.html?spm=a2700.8304367.prewdfa4cf.2.6f4db64cA63zIJ |

| 31 | https://wristbandfamily.en.alibaba.com/?spm=a2700.details.cordpanyb.3.77f4f4d61sOF4S |
|----|----|
| 32 | https://www.aliexpress.com/store/1710904?spm=2114.10010108.100005.1.6b12cc4arnSGZ8 |
| 33 | https://www.dhgate.com/store/14770880 |
| 34 | https://gzbighippo.en.alibaba.com/company_profile.html |
| 35 | https://happytoy.en.alibaba.com/ |
| 36 | https://kaven.en.alibaba.com/search/product?SearchText=%28Best+Gift%295pcs+PJ+Masks+Movie+Action+Figure%2C+PJ+Masks+PVC+Figure%2CWholesale+PJ+Masks+action+figure |
| 37 | https://yhpp.en.alibaba.com/?spm=a2700.wholesale.cordpanyb.3.2a031255dJes57 |
| 38 | http://www.ioffer.com/selling/haili777 |
| 39 | https://www.dhgate.com/store/14770471#st-navigation-storehome |
| 40 | http://hunnyblessing.ecrater.com |
| 41 | https://www.bonanza.com/booths/huyphushop |
| 42 | https://de.aliexpress.com/store/2504009 |
| 43 | https://de.aliexpress.com/store/3137047?spm=a2g0x.10010108.0.0.10a9cae1jsWqs4 |
| 44 | https://de.aliexpress.com/store/921160 |
| 45 | https://www.aliexpress.com/store/2979007?spm=2114.10010108.100005.1.921e4f9tFTD9Z |
| 46 | https://jiayi-cosplay.en.alibaba.com/ |
| 47 | https://www.bonanza.com/booths/Johnhenry1202?utf8=%E2%9C%93&item_sort_options[filter_string]=pj+masks&item_sort_options[filter_category_id]=&item_sort_options[custom_category_id]=&commit=Go |
| 48 | http://julycraft2010.ecrater.com |
| 49 | https://www.aliexpress.com/store/2815077 |
| 50 | http://www.ebay.com/usr/kisso2o |
| 51 | https://www.aliexpress.com/store/621578?spm=2114.10010108.100005.1.SzIEZu |
| 52 | https://www.aliexpress.com/store/2956064?spm=2114.10010108.100005.1.4cebecc4OkS5ZP |
| 53 | https://www.tokopedia.com/lagorichobbytoys |
| 54 | https://www.aliexpress.com/store/2798095?spm=2114.10010108.100005.1.5ff35294yeWH3f |
| 55 | https://www.aliexpress.com/store/611207?spm=2114.10010108.100005.1.26e9d7f4BNAzfp |
| 56 | https://www.aliexpress.com/store/1836203?spm=2114.10010108.100005.1.3abd6063o6tnqJ |
| 57 | https://www.aliexpress.com/store/411563?spm=2114.10010108.100005.1.320e1b55z7qYA4 |
| 58 | http://www.bonanza.com/booths/loztoy |
| 59 | http://www.ebay.com/usr/maxhooli2013 |
| 60 | https://www.bukalapak.com/u/hendra_2003 |
| 61 | https://de.aliexpress.com/store/1881232 |
| 62 | http://www.aliexpress.com/store/2496035 |
| 63 | https://de.aliexpress.com/store/3248070?spm=a2g0x.10010108.100005.1.233ca7e36jmQ1z |
| 64 | https://www.aliexpress.com/store/3243036?spm=2114.10010108.100005.1.8d243N8FXFc |
| 65 | https://palapala.en.alibaba.com/ |
| 66 | http://www.bonanza.com/booths/Nathalyabond |
| 67 | https://www.aliexpress.com/store/3132033?spm=2114.10010108.0.0.22c1cc1drvAoDg |
| 68 | https://www.aliexpress.com/store/314769 |
| 69 | https://de.aliexpress.com/store/3215086 |

| 70 | https://de.aliexpress.com/store/3216002 |
|---|---|
| 71 | https://www.tokopedia.com/paperycut |
| 72 | https://de.aliexpress.com/store/3004076/search?origin=n&SortType=bestmatch_sort&SearchText=pj%20masks |
| 73 | https://www.aliexpress.com/store/2227160?spm=2114.10010108.100005.1.58602913qPKIHT |
| 74 | https://www.aliexpress.com/store/2940003 |
| 75 | https://www.aliexpress.com/store/3106053 |
| 76 | https://hkzhengtian.en.alibaba.com/ |
| 77 | http://www.ioffer.com/selling/renehuri |
| 78 | https://de.aliexpress.com/store/3111011 |
| 79 | https://www.bonanza.com/booths/roningrat |
| 80 | https://www.bonanza.com/booths/royhappy |
| 81 | https://de.aliexpress.com/store/1682323 |
| 82 | https://gravim.en.alibaba.com/ |
| 83 | https://xiangyingtextile.en.alibaba.com/company_profile.html |
| 84 | http://dotely.en.made-in-china.com/product/keywordSearch?searchKeyword=Pj+masks&viewType=1 |
| 85 | https://szjutuo.en.alibaba.com/ |
| 86 | https://szstarfly.en.alibaba.com/company_profile.html |
| 87 | https://ursmart.en.alibaba.com/?spm=a2700.details.cordpanyb.3.5f972d266rCSnP |
| 88 | https://de.aliexpress.com/store/1393960 |
| 89 | https://coolapparel.en.alibaba.com/search/product?SearchText=Wholesale+printed+kids+halloween+cape+and+mask+set |
| 90 | https://sjztm.en.alibaba.com/company_profile.html |
| 91 | http://www.made-in-china.com/showroom/sjzxiameng |
| 92 | https://www.bonanza.com/booths/shineestarfashion |
| 93 | https://www.aliexpress.com/store/1985662 |
| 94 | https://www.aliexpress.com/store/3216140 |
| 95 | https://de.aliexpress.com/store/3245036 |
| 96 | https://de.aliexpress.com/store/3253090 |
| 97 | https://www.aliexpress.com/store/1970070 |
| 98 | https://www.aliexpress.com/store/3018078 |
| 99 | https://www.tokopedia.com/putraelbertshop |
| 100 | http://special-gift.ecrater.com |
| 101 | https://de.aliexpress.com/store/2345048 |
| 102 | https://de.aliexpress.com/store/3003034 |
| 103 | https://de.aliexpress.com/store/3106038 |
| 104 | https://www.aliexpress.com/store/3087094 |
| 105 | https://de.aliexpress.com/store/3244097 |
| 106 | https://de.aliexpress.com/store/3242075 |
| 107 | https://www.dhgate.com/store/19887939 |
| 108 | https://www.bonanza.com/booths/WayClothing |

| 109 | https://www.aliexpress.com/store/3222100?spm=2114.10010108.100005.1.23020c33iHzw5r |
| --- | --- |
| 110 | https://www.aliexpress.com/store/3194061 |
| 111 | https://www.aliexpress.com/store/1711916 |
| 112 | https://www.aliexpress.com/store/3246092?spm=2114.10010108.0.0.41c358efsAH6fh |
| 113 | https://jsrainbow.en.alibaba.com/ |
| 114 | http://toofine.en.alibaba.com/company_profile.html#top-nav-bar |
| 115 | https://xiaoxiaobabyshoes.de.aliexpress.com/store/all-wholesale-products/1427503.html?spm=a2g0x.12010608.0.0.1a3b04b2TF5A0B |
| 116 | http://www.ioffer.com/selling/xinqingxinyu789 |
| 117 | https://www.aliexpress.com/store/3195076 |
| 118 | https://meridatoy.en.alibaba.com/company_profile.html |
| 119 | https://isabellagift.en.alibaba.com/?spm=a2700.details.cordpanyb.3.4a294c065tpMJo |
| 120 | https://isabellagift.en.alibaba.com/company_profile.html |
| 121 | https://kazanballoon.1688.com/page/creditdetail.htm |
| 122 | https://yiwuballoons.en.alibaba.com/company_profile.html |
| 123 | https://partygo.en.alibaba.com/ |
| 124 | https://poeticexst.en.alibaba.com/ |
| 125 | https://valensindustry.en.alibaba.com/company_profile.html?spm=a2700.7724838.2017115.13.440f24f0DgJRRp#top-nav-bar |
| 126 | https://yiwuxindian.1688.com/page/feedback.htm?spm=a261y.7663282.0.0.19b1bb93yhGEB1 |
| 127 | https://curious-box.en.alibaba.com/ |
| 128 | https://www.aliexpress.com/store/3173030?spm=2114.10010108.100005.1.3a935274EN4Y38 |
| 129 | https://www.aliexpress.com/store/3055060 |
| 130 | https://www.dhgate.com/store/20809848 |
| 131 | http://www.ebay.com/usr/zzp.128 |
| 132 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01LBB53YO&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A109M577983TKO&tab=&vasStoreID= |
| 133 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01HVA4DPE&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=ACQY1FBTAIG97&tab=&vasStoreID= |
| 134 | https://www.amazon.com/sp?_encoding=UTF8&asin=B074DZKSJK&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A320GMYJ8QBRKL&tab=&vasStoreID= |
| 135 | https://www.amazon.com/sp?_encoding=UTF8&asin=B077PVK46D&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2QGSGZUI4Q7DW&tab=&vasStoreID= |
| 136 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?seller=A3D0A07P8XXXZN |
| 137 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01M241PVS&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A231XF9FLIG3LS&tab=&vasStoreID= |
| 138 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A25EBEZ15S02SN |
| 139 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01LZFBTJ4&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2VT6PU5PGBC37&tab=&vasStoreID= |
| 140 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01MQMBY39&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1EIAL74EAQR29&tab=&vasStoreID= |

| 141 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01HXND5XK&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1C0ZGUPC38UU6&tab=&vasStoreID= |
|---|---|
| 142 | https://www.amazon.com/sp?_encoding=UTF8&asin=B0779ZTFMD&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A3GBWMHFIKWRI8&tab=&vasStoreID= |
| 143 | https://www.amazon.com/sp?_encoding=UTF8&asin=B074ZJMXQF&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A22BQ0174I20B8&tab=&vasStoreID= |
| 144 | https://www.amazon.com/sp?_encoding=UTF8&asin=B0743KC8RG&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A28ACMVQIZOEMD&tab=&vasStoreID= |
| 145 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?seller=A13DLNJOB8ONFC |
| 146 | https://www.amazon.com/sp?_encoding=UTF8&asin=B06VVM8J81&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2YE9SBFDFEE94&tab=&vasStoreID= |
| 147 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01LXW9ZRP&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1D5EO6CJKBLNH&tab=&vasStoreID= |
| 148 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01MQMBY39&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A29PWR9TY4BIYE&tab=&vasStoreID= |
| 149 | https://www.amazon.com/sp?_encoding=UTF8&asin=B071K1DGMN&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1TZJ0XVY1NJLR&tab=&vasStoreID= |
| 150 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01EA7J63U&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2FVKDTB5H56EB&tab=&vasStoreID= |
| 151 | https://www.amazon.ca/gp/aag/main/ref=olp_merch_name_7?ie=UTF8&asin=B01CEFE54A&isAmazonFulfilled=0&seller=AB0UTK7JSHBRX |
| 152 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?seller=AO3NL33JDBNXF |
| 153 | https://www.amazon.com/sp?_encoding=UTF8&asin=B071XCDPDW&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A3ME7JCBJJZ7VJ&tab=&vasStoreID= |
| 154 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01HXND2N8&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A13NZUPUKGIQFT&tab=&vasStoreID= |
| 155 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01JGBB4QW&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2LFZ48WXW2YN6&tab=&vasStoreID= |
| 156 | https://www.amazon.com/sp?_encoding=UTF8&asin=B06XHF9161&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2D3NO2C36UGLU&tab=&vasStoreID= |
| 157 | https://www.amazon.com/sp?_encoding=UTF8&asin=B071DYKNTT&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2CQULG3DLLFK4&tab=&vasStoreID= |
| 158 | https://www.amazon.com/sp?_encoding=UTF8&asin=B073WC1FCQ&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2X4FV4BBHQDV8&tab=&vasStoreID= |
| 159 | https://www.amazon.com/sp?_encoding=UTF8&asin=B06XHF9161&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A2OKELEBPXWS7O&tab=&vasStoreID= |
| 160 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01MSRA8KD&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=AJ67NZWXJE4ZF&tab=&vasStoreID= |
| 161 | https://www.amazon.com/sp?_encoding=UTF8&asin=B06VVM8J81&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=AXC5WM6NOOEBY&tab=&vasStoreID= |
| 162 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?seller=A3EKDAVT4WO06O |
| 163 | https://www.amazon.com/sp?_encoding=UTF8&asin=B075BDS8C8&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A242GROINKEM4E&tab=&vasStoreID= |

| 164 | https://www.amazon.com/sp?_encoding=UTF8&asin=B01MCZTLGV&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A3CCM829OWVFL2&tab=&vasStoreID= |
|---|---|
| 165 | https://www.wish.com/merchant/5854f0e1810891037db16969 |
| 166 | https://www.wish.com/merchant/55c06e36ea526c7156bc9fea |
| 167 | https://www.wish.com/merchant/5910b84dc8790d338623dfef |
| 168 | https://www.wish.com/merchant/556f2e086faa881d1461037f |
| 169 | https://www.wish.com/merchant/58c265c86f009c1e61c648f8 |
| 170 | https://www.wish.com/merchant/56e815cc21790d26bc149ead |
| 171 | https://www.wish.com/merchant/56d7999494788e168b1f0d99 |
| 172 | https://www.wish.com/merchant/58f0aba96fbd1d71437abdca |
| 173 | https://www.wish.com/merchant/5928dd4a2a17514355a6ecd2 |
| 174 | https://www.wish.com/merchant/55a9b519e19b93406624353d |
| 175 | https://www.wish.com/merchant/58062a7248238b5298050ecf |
| 176 | https://www.wish.com/merchant/58df6d107f36b352d43e5936 |
| 177 | https://www.wish.com/merchant/56d009edaf177215f1843403 |
| 178 | https://www.wish.com/merchant/58be835adde13b639562a55b |
| 179 | https://mama.wish.com/merchant/5548773d898e390f8ef5fbb2 |
| 180 | https://mama.wish.com/merchant/553010330ed2a116b4f55ca3 |
| 181 | https://www.wish.com/merchant/5942efa88635f0687876da36 |
| 182 | https://mama.wish.com/merchant/58cbcc32957dd550f8f3923d |
| 183 | https://www.wish.com/merchant/56d68f49eaa7114fb08f6dcb |
| 184 | https://www.wish.com/merchant/591056704d43576347e8b438 |
| 185 | https://mama.wish.com/merchant/561ae5624c92130f473e372d |
| 186 | https://www.wish.com/merchant/58cd32c89d3bbc54d1fda12c |
| 187 | https://www.wish.com/merchant/58de25ee22540a54bf1fbd4b |
| 188 | https://www.wish.com/merchant/58905cca4e83974d520e36f0 |
| 189 | https://www.wish.com/merchant/58cf955d1ba148511d81f099 |
| 190 | https://www.wish.com/merchant/58c10e2c98a4700f5e0e1e41 |
| 191 | https://www.wish.com/merchant/58b29e965a59d350f0c4a6ae |